UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Case No. 21-CR-20362-6
Hon. Matthew F. Leitman

TAJUAN TERANTE TATE,

    Defendant.

_____/

### ORDER CONTINUING BOND AND ORDERING DEFENDANT'S RELEASE

On August 9, 2021, the Court held a hearing on a Petition for Action on Conditions on Pretrial Release. For the reasons stated on the record, the Court declines to revoke and/or modify Defendant's bond. The original bond, including all originally-imposed conditions, is continued. Defendant shall be released from custody immediately.

    **IT IS SO ORDERED.**

                                      s/Matthew F. Leitman
                                      MATTHEW F. LEITMAN
                                      UNITED STATES DISTRICT JUDGE

Dated: August 9, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 9, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764
